IN THE UNITED STATES DISTRICT COURT
FOR THE __Northern__ DISTRICT OF TEXAS
__Civil__ DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 1 6 2023
CLERK, U.S. DISTRICT COURT
By_____
            Deputy

__Dante Tanksley  0660346__
Plaintiff's Name and ID Number

__Tarrant County Jail__
Place of Confinement

CASE NO. __4-23CV-165-O__
(Clerk will assign the number)

v.

__Bank of America Seminary Ft.Worth TX 76115__
Defendant's Name and Address

__Fort Worth Police Department__ ~~Chase Bank Germany Contentental Texas~~
Defendant's Name and Address

__Sutton Bank California__
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES___NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Bank of America
Seminary Fort Worth TX 76115
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Someone opened up a buiseness under my name and bank account forging my signatures.

Defendant #2: First National Bank
Fort Worth Texas
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Opened unauthorized accounts forged my signature

Defendant #3: Fort Worth Police Department
Fort Worth TX
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I was charged with Aggravated Robbery 2019 14 of August charge was dropped It's still being used against me in the system.

Defendant #4: State of Texas
401 W. Belknap St Fort Worth TX 76196
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
I was charged with Aggravated robbery, state dropped charge still showing up.

Defendant #5: Sutton Bank
California
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Stole money from me set up multiple accounts forging my signature.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Yes some one opened up a billion dollar business using my social security number and date of birth funneled funds through various financial institutions without my consent. (a) Offense In general -- Whoever, during and in relation to any felony violation enumerated in subsection (c), knowingly transfers, possesses, or uses without lawful authority, a means of identification of another person shall, in addition of another person shall addition to the punishment provided for such felony, be sentenced to a term of imprisonment of 2 years 2 Terrorism offense Whoever during and in relation to any felony violation enumerated in section 2332(g)(5)(B)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A full scale investigation into this matter, Criminal penalties for violating Federal Rico Act I will settle for $115,000,000.00

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Donta Tan Ksley, Dante Tanksley

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDC#2336223  CID#0660346  MRN:33219478  CSN:AC106473688

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ✓ NO

4

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES __✓__NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 2-9-2023
             DATE

_Wanda Tanksley_
_Wanda Tanksley_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___23___ day of __February__ 20 _23_.
             (Day)              (month)       (year)

_Wanda Tanksley_
_Wanda Tanksley_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

Cause No. _____

THE STATE OF TEXAS                    ( IN THE Civil _____
                                      (
V.                                    ( DISTRICT COURT OF
                                      (
_____                       ( Tarrant COUNTY, TEXAS

## AFFIDAVIT

THE STATE OF TEXAS
COUNTY OF  Donta Tanksley
[PRINT the name of the county where this statement is being notarized.]

BEFORE ME, the undersigned authority, on this day personally appeared
Donta Tanksley
[PRINT the first and last names of the person who will sign this statement] who swore or affirmed to tell the truth, and stated as follows:

"My name is Donta Tanksley
I am of sound mind and capable of making this sworn statement. I am not making this statement under duress nor am I being forced or coerced in any way. I have personal knowledge of the facts written in this statement. I understand that if I lie in this statement I may be held criminally responsible. This statement is true.

In Pensacola, FL - Richard Michael Colbert 61 committed Bank/Mail fraud affecting a financial institution, along with four counts of false statement to a federally insured financial institution, along with theft, embezzlement or misapplication by a person connected with a financial institution, and money laundering. Nine different occassions while the manager of Beach Title Services, a subsidary of Beach Community Bank, participated in a scheme to defraud and obtain money and/or property by fraudulent means from federally insured financial institutions. As a part of the scheme, Colbert signed and submitted false settlement statements to Bank of America and Beach Community Bank. Colbert also signed and submitted a false settlement statement to the now defunct GulfSouth Private Bank, so former builder Lawrence Wright could obtain a loan, while Colbert was acting as an escrow agent for Beach Community Bank, embezzled and misapplied funds being held at Beach Community. Thereafter Colbert conducted a series of financial transactions thereby laundering the embezzled funds. It is unambiguously the Attorney Generals Departments first priority in corporate criminal matters to prosecute the individuals

Who commit corporate crime and who profit from corporate malfeasance - Including when those individuals occupy the C-suite. We will hold accountable those that break the law, and we will promote respect for the laws desinged to protect investors, consumers and employees. The prosecution of corporate crime is a Justice Department priority. Fraud, theft, corruption, bribery, environmental crime, market manipulation, and anticompetive agreements threaten the free and fair markets upon which our economy is based. They decimate the assets of individuals, organizations, and governments alike. And they increase costs of for every American. Corporate crimes weakens our economic Institutions by undermining public trust in the fairness of those institutions. Failing to aggressively prosecute such crimes weakens our democratic institutions by undermining public trust in the rule of law. The essence of the rule of law is that like cases are treated alike; that there is not one rule for the powerful and another for the powerless; one rule for the rich and another for the poor. To fail to aggressivley prosecute corpomte crimes leads citizens to doubt that their government adheres to principle The Justice Department does not tend to fail.

DATE: 2-23-2023
SIGNATURE: _Datta Tankter_

STATE OF TEXAS
COUNTY OF _____

SWORN AND SUBSCRIBED before me, the undersigned authority, on the _____ day of _____, _____ year by _____
[PRINT the first and last names of the person signing the affidavit]

_____
[Notary Public, State of Texas]

2

CERTIFICATE OF SERVICE

I, _Donta Tanksley_, HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING _Affidavit_

(DESCRIBE DOCUMENT HERE, E.G., BREIF, MOTION, POWER OF ATTORNEY, ETC) WAS SERVED BY UNITED STATES MAIL, POSTAGE PREPAID, ADDRESSED AS FOLLOWS:

_Court Clerk_
_501 W. 10th st_
_Fort Worth TX 76104_

(PERSON BEING SERVED AND THE ADDRESS)

_Donta Tanksley_

(SIGNATURE OF PERSON MAKING THE CERTIFICATION)

_Donta Tanksley_

(PRINT NAME OF PERSON MAKING THE CERTIFICATION)

CID _0660316_   DOB _10-27-1987_

100 NORTH LAMAR ST.

FORT WORTH, TEXAS 76196

D. Pinksley #0660346
100 N. Lamar St
Fort Worth TX 76196

RECEIVED
FEB 16 2023
CLERK — DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

Legal

Court Clerk
501 West Tenth St #310
Fort Worth Texas 76102

US POSTAGE — PITNEY BOWES
ZIP 76196
$000.84
0001399895 FEB 13 2023

TARRANT COUNTY JAIL MAILROOM

# Legal Mail

Legal