IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DANTE TANKSLEY,** | § | |
| **Institutional ID No. 0660346** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | Civil Action No. 4:23-cv-165-O |
| | § | |
| **BANK OF AMERICA,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiff's amended complaint is DISMISSED without prejudice. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **28th day** of **April, 2023.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE